**4**

THOMAS H. ARMSTRONG #146016
LAW OFFICE OF THOMAS H. ARMSTRONG
5250 N. Palm, Suite 224
Fresno, California 93704
Telephone: (559) 447-4700
Facsimile: (559) 449-2693
lawoffice5250@sbcglobal.net

Attorney for Martha Jean Fair

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| In Re: | Case No.12-12304-A-7F |
| MARTHA JEAN FAIR, | Adv. No. 15-01053-A |
| Debtor. | Chapter 7 |
| MARTHA JEAN FAIR, | |
| Plaintiff, | |
| vs. | |
| BANK OF AMERICA, N.A. & EDUCAP, INC. AND/OR ASSIGNEES; (SEE ADDITIONAL DEFENDANTS ON NEXT PAGE) | |
| Defendants. | DATE: NONE<br>TIME: NONE<br>DEPT.: "A", CT. RM. 11<br>JUDGE: FREDRICK CLEMENT |

PROOF OF SERVICE

| | |
|---|---|
| ADDITIONAL DEFENDANTS: | ) |
| | ) |
| JP MORGAN CHASE BANK, N.A.; PNC BANK, N.A. AND/OR ASSIGNEE; CHARTER ONE BANK, N.A.; CHARTER ONE BANK, N.A., AND NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-2, A DELAWARE STATUTORY TRUST(S), NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2, A DELAWARE STATUTORY TRUST(S), AND NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4, A DELAWARE STATUTORY TRUST(S) ALL AS ITS LOAN ADMINISTRATORS AND/OR ASSIGNEES; AND RBS CITIZENS NATIONAL BANK, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## PROOF OF SERVICE

STATE OF CALIFORNIA ) ss.
COUNTY OF FRESNO )

    I, Kelsey Seib, am employed in Fresno County, California; I am over the age of eighteen years and not a party to the within-entitled action; my business address is Thomas H. Armstrong, Attorney at Law, 5250 N. Palm Avenue, Ste. 224, Fresno, California 93704. I am readily familiar with the law firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence is deposited with the United States Postal Service on the same day that it is collected and processed in said office.

    On June 8, 2015 at Fresno, California, I served the following:

    1. REQUEST FOR ENTRY OF DEFAULT BY PLAINTIFF AGAINST BANK OF AMERICA, N.A.;

    2. REQUEST FOR ENTRY OF DEFAULT BY PLAINTIFF AGAINST RBS CITIZENS NATIONAL BANK;

    3. REQUEST FOR ENTRY OF DEFAULT BY PLAINTIFF AGAINST JP MORGAN CHASE BANK, N.A.;

4.　**REQUEST FOR ENTRY OF DEFAULT BY PLAINTIFF AGAINST PNC BANK, N.A.;** and

5.　**REQUEST FOR ENTRY OF DEFAULT BY PLAINTIFF AGAINST CHARTER ONE BANK, N.A.;**

on parties set forth below by placing a true copy thereof enclosed in (a) sealed envelope(s), bearing the address(es) set forth hereinbelow, into an outgoing mail receptacle in accordance with the above law firm's ordinary business practice for the collection, processing and mailing of outgoing mail.

Martha Jean Fair
4676 E. Alamos, #128
Fresno, CA 93726

Bank of America
Student Loan Program
PO Box 651210
Sterling, VA 20165-1210

Bank of America, N.A.
100 N. Tryon Street
Charlotte, NC 28202

**Via Certified Mail**
Bank of America, National Association
c/o Brian T. Moynihan, CEO
100 N. Tryon Street
Charlotte, NC 28202

Bank of America, N.A.
600 Wilshire Blvd, 4th Floor
Los Angeles, Ca 90017

JP Morgan Chase Bank, N.A.
Education Finance
DTC, IN1 - 0106
One East Ohio Street
Indianapolis, IN 46277

Chase National Recovery Group
201 N. Central Ave, Floor 12
Phoenix, AZ 85004

JP Morgan Chase Bank, N.A.
1111 Polaris Parkway
Columbus, OH 43240

**Via Certified Mail**
JPMorgan Chase & Co.
Attn: James Dimon, CEO
Office of the Secretary
270 Park Avenue, 38th Floor
NY, NY 10017

PNC Bank, N.A.
One PNC Plaza
249 Fifth Avenue
Pittsburgh, PA 15222

PNC Bank, N.A.
222 Delaware Avenue
Wilmington, DE 19899

**Via Certified Mail**
William S. Demchak, President & CEO
The PNC Financial Services Group
222 Delaware Avenue
Wilmington, DE 19899

Charter One Bank, N.A.
725 Canton Street
Norwood, MA 02062

Citizens Bank of Pennsylvania
1 Logan Sq, 130 N 18th St
Philadelphia, PA 19103

Citizens Bank, National Association
One Citizens Plaza
Providence, RI 02903

**Via Certified Mail**
Citizens Bank, National Association
c/o Bruce Van Saun, CEO
One Citizens Plaza
Providence, RI 02903

RBS Citizens, N.A.
725 Canton Street
Norwood, MA 02062

AGENT FOR SERVICE OF PROCESS:
RBS Citizens, National Association
c/o Corporation Service Company
Which
Will Do Business In California As
CSC-Lawyers
Incorporating Service
2710 Gateway Oaks Drive,
Suite 150N
Sacramento, CA 95833

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 8TH day of June 2015, at Fresno, California.

_____
Kelsey Seib

LAW OFFICE OF
THOMAS H. ARMSTRONG
5250 N. Palm, Suite 224
Fresno, CA 93704

PROOF OF SERVICE